STATE v. WALLER

No. 664P85.

Case below: 77 N.C. App. 184.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. WASHINGTON

No. 734P85.

Case below: 71 N.C. App. 767.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1986.

STATE v. WATTS

No. 666P85.

Case below: 77 N.C. App. 124.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. WILLIAMS

No. 672P85.

Case below: 77 N.C. App. 136.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 January 1986.

STATE v. WRIGHT

No. 646P85.

Case below: 76 N.C. App. 673.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.